# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN ABOULAFIA,

    Plaintiff,

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,

    Defendants.

2:12-CV-389 JCM (PAL)

# ORDER

Presently before the court is the matter of *Aboulafia v. Mortgage Electronic Registration Systems, Inc., et. al.*, 2:12-cv-389-JCM-PAL.

Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice."

Plaintiff filed the instant case in state court on December 1, 2011. (Doc. #1, Ex. A). The case was removed to this court on March 9, 2012. (Doc. #1). Pursuant to Federal Rule of Civil Procedure 4(m), on June 6, 2012, the clerk of the court provided notice to plaintiff that the action would be dismissed as to defendant Nevada Legal News, Inc. if plaintiff did not file proof of service of process by July 6, 2012. (Doc. #8).

. . .

**James C. Mahan**
**U.S. District Judge**

1  To date, the court has not received proof of service of process as to defendant Nevada Legal
2  News, Inc., as required under Rule 4(m).
3  Accordingly,
4  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned case
5  be, and the same hereby is, DISMISSED without prejudice as to defendant Nevada Legal News, Inc.
6  DATED July 16, 2012.

**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -