# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVEN ABOULAFIA,

    Plaintiff,

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,

    Defendants.

2:12-CV-389 JCM (PAL)

**ORDER**

Presently before the court is defendants Mortgage Electronic Registration System Inc., *et al.*'s motion to expunge lis pendens. (Doc. # 15). Plaintiff Steven Aboulafia has failed to file an opposition.

Pursuant to Local Rule 7-2(b), an opposing party's failure to file a timely response to any motion constitutes the party's consent to the granting of the motion.

Here, plaintiff filed a complaint in the instant action on March 9, 2012, and recorded a lis pendens against the real property on or about June 21, 2011. This court granted the motion to dismiss plaintiff's claims (doc. # 13) on August 2, 2012. Plaintiff has failed to release the lis pendens.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  The claims against defendant being dismissed and the case now closed, the lis pendens is no longer necessary. In light of these facts and the plaintiff's failure to respond, the court finds it is appropriate to expunge the lis pendens.[1]

4  Accordingly,

5  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that defendant's motion to expunge the lis pendens (doc. #15) be, and the same hereby is, GRANTED.

7  IT IS FURTHER ORDERED that the above-referenced lis pendens is canceled, released, and expunged.

9  IT IS FURTHER ORDERED that defendants record a properly certified copy of this order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order.

12  DATED October 3, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] Document number 201106210003290 in real property records maintained by the Clark County Recorder.

**James C. Mahan**
**U.S. District Judge**

- 2 -